## SECOND DEPARTMENT, JANUARY, 1932.

FRANCESCO VOLPICELLA, Appellant, v. DOROTHY VOLPICELLA, Respondent.— Order, on reargument, denying motion for injunction affirmed, without costs, on defendant's stipulation in open court to go to trial on Monday, January eleventh, and also not to withdraw funds, and case ordered placed on the Kings County Special Term, Part 6, calendar for said date, subject to the approval of the justice presiding

thereat. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.